UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**FREDERICK J. NERONI,**

               **Plaintiff,**                 **3:12-cv-1226**
                                                                **(GLS/DEP)**

               **v.**

**CARL F. BECKER et al.,**

               **Defendants.**
_____

## ORDER

     Plaintiff Frederick J. Neroni filed the instant action against defendants Carl F. Becker, "in his official capacity as a Judge of Surrogate's Court and Acting Supreme Court Justice of Delaware County, and in his individual capacity," and the State of New York, alleging, *inter alia*, that the unconstitutional application of multiple New York laws violated his Due Process rights. (Dkt. No. 1 at 5-23.) Pending is Neroni's Order to Show Cause seeking various forms of preliminary and permanent relief.[1]  (*See*

---

[1] Specifically, Neroni seeks a hearing at which defendants would be required to show why: Justice Becker should not be temporarily and permanently removed from his underlying state court action; a stay should not be issued in that case "until verification of the Supreme Court jurisdiction"; Justice Becker and the State of New York should not be precluded from applying N.Y. Civ. Rights Law § 52; and Justice Becker should not be enjoined from holding Neroni or his counsel in contempt for raising issues of bias and disqualification. (Dkt. No. 4 at 1-2.)

Dkt. No. 4.)  With the exception of precluding Justice Becker and the State of New York from enforcing N.Y. Civ. Rights Law § 52 in Neroni's pending state court action, the relief sought by him is unrelated to the federal claims upon which the court's jurisdiction is predicated.  (*See generally* Dkt. Nos. 1, 4.)  Furthermore, to the extent that Neroni seeks to preclude the application of N.Y. Civ. Rights Law § 52 in his pending state court action, he has failed to display a likelihood of success on the merits.  *See, e.g.*, *Courtroom Television Network LLC v. State*, 5 N.Y.3d 222, 234 (2005) (upholding the constitutionality of N.Y. Civ. Rights Law § 52).  Neroni's Order to Show Cause is therefore denied.

**ACCORDINGLY**, it is hereby

**ORDERED** that Neroni's Order to Show Cause (Dkt. No. 4) is **DENIED**; and it is further

**ORDERED** that defendants file an Answer or appropriate motions within the time allotted by the rules; and it is further

**ORDERED** that the parties notify Magistrate Judge Peebles in order to schedule further proceedings in accordance with this order

**ORDERED** that the Clerk provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

August 7, 2012
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court