UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FREDERICK J. NERONI,

        Plaintiff,                  3:12-cv-1226
                                                  (GLS/DEP)

        v.

CARL F. BECKER et al.,

        Defendants.
_____

## ORDER

In light of the United States Court of Appeals for the Second Circuit's mandate issued on March 17, 2014, (Dkt. No. 42), it is hereby

**ORDERED** that the parties may, within fourteen (14) days of this Order, file briefs of no more than ten (10) pages in length, regarding whether the court's abstention from plaintiff *pro se* Frederick J. Neroni's constitutional claims remains proper in light of the Supreme Court's decision in *Sprint Communications, Inc. v. Jacobs*, 134 S. Ct. 584 (2013); and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

April 14, 2014
Albany, New York

                                                    Gary L. Sharpe
                                                    Chief Judge
                                                    U.S. District Court